**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| THOMAS AULD ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:15-cv-01565 RLW |
| v. ) | |
| ) | |
| DAUGHERTY SYSTEMS, INC. D/B/A ) | |
| DAUGHERTY BUSINESS SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United State District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Defendant Daugherty Systems, Inc., hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):

       None.

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

       None.

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

       None.

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:   N/A.

Dated: October 15, 2015.

          Respectfully submitted,

          HESSE MARTONE, P.C.

      By: /s/   Daniel J. Doetzel
         Andrew J. Martone, Bar No. 37382
         Daniel J. Doetzel, Bar No. 46788
         13354 Manchester Road, Suite 100
         St. Louis, MO 63131
         (314) 862-0300 – Telephone
         (314) 862-7010 – Facsimile
         andymartone@hessemartone.com
         dandoetzel@hessemartone.com

         *Attorneys for Daugherty Systems, Inc*.

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served using the CM/ECF system and by mail on the following party on this 15th day of October, 2015:

Christopher D. Jozwiak, Bar No. 386797
Cassie C. Benson, Bar No. 396376
**BAILLON THOME JOZWIAK & WANTA LLP**
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 252-3570
Fax: (612) 252-3571
cjozwiak@baillonthome.com
cbenson@baillonthome.com

*Attorneys for Plaintiff*

          /s/   Daniel J. Doetzel